# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBIN JEVICKY**                                                                                         **PLAINTIFF**

**VS.**                                           **4:15-CV-00144-BRW**

**JP MORGAN CHASE BANK, N.A.**                                                          **DEFENDANT**

## ORDER

Defendant's Motion to Dismiss, which is being considered as a Motion for Summary Judgment, (Doc. No. 19) is GRANTED.

In a July 7, 2015 Order, Plaintiff was advised that Defendant's pending Motion to Dismiss would be reviewed as one for summary judgment. Plaintiff was directed to supply her opposition and any supporting documents by 5 p.m., July 21, 2015. At 4:55 p.m. on that date, Plaintiff's counsel emailed my office requesting that no order be entered until July 28, 2015, because he intended to file a motion for non-suit by 5 p.m. on that date.

Neither an opposition to the summary judgment nor motion for non-suit have been filed.

Accordingly, for the reasons set out in the July 7, 2015 order,[1] summary judgment is granted for Defendant and this case is dismissed with prejudice.

IT IS SO ORDERED, this 28th day of July, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 29.